IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MR. IVAN L. MENDEZ : CIVIL ACTION
:
v. :
:
THIS CRIMINAL ORGANIZATION AND : NO. 13-87
THEIR CONNECTED, WIRED SOLDIERS :

## O R D E R

AND NOW, this 9th day of January, 2013, having considered plaintiff Ivan L. Mendez's motion to proceed *in forma pauperis* (Document No. 1) it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum. If he seeks to continue with this case, plaintiff must remit the filing fee of $350 to the Clerk of Court within thirty (30) days of the date of this Order.

2. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, II, J.